■ THE PEOPLE OF THE STATE OF NEW YORK v. FLOYD J. BREWER.— Motion granted to prosecute appeal on original papers, typewritten briefs, and Vedo Candiello, Esq., assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT C. MARRIOTT.— Order of substitution of attorneys entered. (Ira M. Birnbaum, Esq., for Norman J. Baratt, Esq.)

■ THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN J. WRIGHT, JR.— Order of substitution of attorneys entered. (David M. Franz, Esq., for Ronald E. Coleman, Esq.)

■ ANTOINETTE M. DOYLE, Appellant, v. ILENE McC. SWIENTON et al., Respondents.— Appeal by plaintiff as to defendants Ciccarelli dismissed for failure to comply with previous order.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT E. SCHWACH.— Order of substitution of attorneys entered. (Christopher T. W. Ross, Esq., for Nathan A. Bork, Esq.)

■ CHARLES E. WOOD, Appellant, v. SUZANNE L. WOOD, Respondent.— Motion for a stay granted to the extent of staying order of July 14, 1961, as to the payment of counsel fees; otherwise denied.

■ (A) SAM ACHTER v. MARY KINGSTON. (B) In the Matter of STEPHEN L. ALAIMO v. HARRY B. CROWLEY et al. (C) LORETTA BARBETTA v. PALMA COSTA. (D) ANTHONY BARBETTA v. PALMA COSTA. (E) COASTAL COMMERCIAL CORPORATION v. SAMUEL KOSOFF & SONS, INC., et al. (F) KENNETH W. GLINES v. ESTATE OF EARL E. BAIRD. (G) JAMES W. GRIFFO v. ALFRED TAURIELLO. (H) LEO J. KACZMAREK v. STANLEY CIACIUCH, as Executor, et al. (I) DELPHINE KACZMAREK, an Infant, v. STANLEY CIACIUCH, as Executor, et al. (J) ALBERT H. MAHAR, as President of Local Union No. 12, United Brotherhood of Carpenters and Joiners of America v. C. A. WOOD et al. (K) In the Matter of RAY B. MARTIN, on Behalf of Himself and Others, v. WILLIAM E. BURKE et al., Constituting the Civil Service Commission of the City of Utica, et al. (L) NYE AGENCY, INCORPORATED, v. REGINALD B. NEWMAN et al. (M) KENNETH PARSHALL v. MARY GRAHAM. (N) MILDRED PARSHALL v. MARY GRAHAM.

[In each action] Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.

## FIRST DEPARTMENT, OCTOBER, 1961

## (October 3, 1961)

■ LUCILLE FENICHEL, Plaintiff, v. 800 SECOND AVENUE Co., Defendant and Third-Party Plaintiff-Respondent. ASTOR SUPPLY CO., INC., Third-Party Defendant-Appellant.—

No opinion. Concur — Breitel, J. P., Stevens, Eager, Steuer and Noonan, JJ.

■ HAROLD LIPMAN, Appellant, v. SIMPSON FACTORS CORPORATION, Respondent.—

No opinion. Concur — Breitel, J. P., Stevens, Eager, Steuer and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL DUNCAN, Appellant.—

No opinion. Concur — Breitel, J. P., Stevens, Eager and Noonan, JJ.

■ ANTHONY CARAGLIANO, Appellant, v. JAMES GRASSO, Respondent.—